ANNA M. BIRCH-FIELD, et al., Respondents, *v.* DAVENPORT SHORE CLUB, INC., Appellant, Impleaded with Another.

(Argued April 25, 1933; decided May 23, 1933.)

*F. A. W. Ireland* for appellant.

*Otto A. Samuels* and *Benjamin I. Taylor* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.